UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

LINDA WILHELM                                             CIVIL ACTION NO.: _____

VERSUS                                                         JUDGE _____

CITY OF ALEXANDRIA, ET AL                       MAG. JUDGE _____

NOTICE OF REMOVAL

NOW INTO COURT, through undersigned counsel, come defendants, City of Alexandria, Ofc. A. Helminger, and Ofc. M. Voorhies, (the "Defendants"), who respectfully represent, as follows:

1.

On or about July 23, 2018, plaintiff, Linda Wilhelm ("Plaintiff") filed suit against the Defendants, in the action entitled, as follows: *"Linda Wilhelm versus City of Alexandria, et al."* Civil Docket No. 262,489-"E" on the docket of the 9th Judicial District Court, Rapides Parish, Louisiana (the "State Court Proceeding").  A copy of the Petition for Damages is attached as Exhibit "A."

2.

On August 8, 2018, the Defendants appeared and filed their Answer in state court; on the same date, the Defendants propounded discovery requests to Plaintiff.  See Ex. B.

4.

In paragraph 3 of the Petition for Damages, Plaintiff referenced the Americans with Disability Act, but only in the context of the owner of the premises, who the Plaintiff did not

name as a defendant.[1] Ex. A, Pl.'s Pet., at ¶ 3. As a result, the named Defendants had no basis to remove the Petition for Damages to federal court.

5.

Subsequently, on September 13, 2018, more than 30 days after Plaintiff filed her Petition for Damages, Plaintiff answered the Defendants' discovery requests. See Ex. C.

6.

Interrogatory No. 15 posed the following request to Plaintiff: "Please provide an account of your activities upon arriving to Buds and Suds on July 22, 2018, through your leaving Buds and Suds on the same date. See Ex. B, Interrogatory No. 15.

7.

Plaintiff answered Interrogatory No. 15, as follows:

See Paragraph five of the Petition for plaintiff's version of the event and the police report for the City's version. I and my friend were at Buds and Suds with my service animal, which is a very large but inoffensive animal. I believe that under the provisions of the Americans with Disabilities Act we were entitled to remain and it was to the owners of the bar to make reasonable accommodations. **The Alexandria City Police should not have interfered as I was lawfully at the bar**.

See Ex. C, Response to Interrogatory Number 15. (Emphasis added).

8.

Even though more than 30 days has passed since the filing of Plaintiff's Petition for Damages, under 28 U.S.C. §1446(C)(3), a "notice of removal may be filed within 30 days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order, or other paper from which it may first be ascertained that the case is one which is or has become removable.

---

[1] Plaintiff also failed to cite the applicable statute for the Americans with Disabilities Act, which is 42 U.S.C. §12101, *et seq*. (the "ADA").

9.

Plaintiff's answer to the Defendant's Interrogatory No. 15 is an "other paper" under 28 U.S.C. § 1446(C)(3) because, for the first time, Plaintiff claims the Defendants may have interfered and violated her alleged rights under the ADA.

10.

Plaintiff's claim and right to relief depends upon the construction and application of the laws of the United States. Accordingly, Plaintiff has asserted claims under the Constitution, laws, or treaties of the United States under 28 U.S.C. 1331.

11.

The Defendants respectfully request this "Notice of Removal" be filed in the records of the United States District Court for the Western District of Louisiana, effecting the removal of that certain matter styled, *"Linda Wilhelm v. The City of Alexandria, et al."* Civil Docket No. 262,489-"E""on the docket of the 9th Judicial District Court, Rapides Parish, Louisiana to the United States District Court for the Western District of Louisiana.

12.

Upon filing of this Notice of Removal, the Defendants will provide written notification to Plaintiff of such action and will file a copy of the Notice of Removal with the Clerk of Court of the 9th Judicial District Court, Rapides Parish, Louisiana. A copy of the state court notification accompanies this Notice of Removal as Exhibit "D."

13.

The Defendants also request this Court to exercise supplemental jurisdiction over Plaintiff's alleged state law claims because Plaintiff's state law claims arise under the same nucleus of operative facts as Plaintiff's alleged federal law claims.

WHEREFORE, The City of Alexandria, Ofc. A. Helminger, and Ofc. M. Voorhies., pray this above action now pending in the 9th Judicial District Court, Parish of Rapides, State of Louisiana, be removed to this Court, and the 9th Judicial District Court, Parish of Rapides, Louisiana, shall proceed no further.

Respectfully submitted,

GOLD, WEEMS, BRUSER, SUES & RUNDELL

By: /s/ Steven M. Oxenhandler
Steven M. Oxenhandler, T.A. (#28405)
Samuel N. Poole, Jr. (#10586)
Michael J. O'Shee (#10268)
Martha R. Crenshaw (#27420)
2001 MacArthur Drive
PO Box 6118
Alexandria, LA 71307-6118
Phone 318.445.6471
Facsimile 318.445.6476
**ATTORNEYS FOR DEFENDANTS, CITY OF ALEXANDRIA, OFC. A. HELMINGER, AND OFC. M. VOORHIES**

STATE OF LOUISIANA

PARISH OF RAPIDES

BEFORE ME, the undersigned authority, personally came and appeared Steven M. Oxenhandler, who being first duly sworn, did depose and certify: he is an attorney of record for the City of Alexandria, Ofc. A. Helminger, and Ofc. M. Voorhies.; he has read the foregoing Notice of Removal; the facts and allegations therein contained are true and correct to the best of his knowledge, information, and belief.

/s/ Steven M. Oxenhandler
STEVEN M. OXENHANDLER

SWORN TO AND SUBSCRIBED before me, Notary, on this the 10th day of October 20178

/s/ Trevor S. Fry
Notary (Signature)

Attorney
Title

Trevor S. Fry
Notary Name Printed

La. Bar No. 26888
(Notary identification number, or if attorney, Louisiana State Bar Roll Number)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice of Removal and accompanying documents have been filed electronically using the Court's CM/ECF electronic filing system and also furnished to:

Joseph Kutch<br>
Attorney at Law<br>
1010 Main Street<br>
Pineville, LA 71360

by placing a copy of same in the United States mail, postage prepaid.

Alexandria, Louisiana, this 10th day of October 2018.

/s/ Steven M. Oxenhandler<br>
OF COUNSEL