CIVIL SUIT NUMBER 262489 E

LINDA WILHELM                         NINTH JUDICIAL DIRSTICT COURT

VERSUS                                PARISH OF RAPIDES

THE CITY OF ALEXANDRIA, ET. AL.       STATE OF LOUISIANA

## PETITION FOR DAMAGES

The petition of **Linda Wilhelm**, a person of the full age of majority and who is domiciled in the Parish of Rapides, State of Louisiana, shows:

1.

Made defendants herein are:

1. **The City of Alexandria, Louisiana,** which may be served through its chief executive, the mayor, at 915 Third Street, Alexandria, Louisiana
2. APD Officers **A. Helminger** and **M. Voorhies**, who may be served at the Alexandria Police Department, Alexandria Public Safety Complex at 1000 Bolton Avenue, Alexandria, Louisiana.

2.

Petitioner shows that on or about July 22, 2017 she was lawfully on the premises of a business establishment know as Buds and Suds located at 29 MacArthur Drive located within the city limits of the City of Alexandria accompanied by her service animal who is a very large but gentle canine.

3.

Her service animal made no threatening gestures or growled but she was asked to leave by the business owner. Petitioner contends that under the American's with Disabilities Act she and her animal were entitled to remain on the premises and the owner was obligated to make reasonable accommodations on petitioner's behalf.

4.

Petitioner further shows that the owner of Buds and Suds called the police and the two named officers arrived on the scene and after some conversation, Petitioner was ordered to leave or face arrest for remaining after having been forbidden.

5.

Petitioner shows that both officers drew their service handguns and threatened to kill her dog which was a gross and unnecessary excessive use of force which caused petitioner extreme fear and anxiety. The animal in question is necessary for her well being because of numerous medical problems. The dog made no moves or sounds that would warrant anyone to be in fear of their safety. The police further told her that if she returned, she would be arrested and her dog shot.

6.

Petitioner shows that she is entitled to such damages as are warranted but which would otherwise be insufficient to warrant trial by jury.

7.

Petitioner is a citizen of the United States and of the State of Louisiana and because of her poverty and want of means she is unable to pay the costs of court in advance or as they accrue or to give security therefore.

8.

Petitioner desires and is entitled to file and prosecute this action In Forma Pauperis in accordance with the Louisiana Code of Civil Procedure, Articles 5181 et. seq.

WHEREFORE, petitioner prays that:

1. The defendants be duly served and cited to appear and answer the above and foregoing petition;
2. After due proceedings had there be judgment herein in favor of petitioner and against the defendants in such sums as are warranted but beneath the threshold ordinally required for trial by jury;
3. She be permitted to file and prosecute this action In Forma Pauperis;
4. Petitioner further prays for all orders and decrees necessary and for full general and equitable relief

JOSEPH KUTCH
BAR NUMBER 7894
1010 MAIN STREET
PINEVILLE, LOUISIANA 71360
(318) 448 - 6155

No Severe