LEO GOLD (1907 - 1987)
GEORGE B. HALL (1924 - 1971)
PEGGY D. ST. JOHN (1953-2017)

CHARLES S. WEEMS, III [1]
EUGENE J. SUES
EDWARD E. RUNDELL [2]
SAM N. POOLE, JR.
RANDALL L. WILMORE
DORRELL J. BRISTER [1, 2, 3]
GREGORY B. UPTON
RANDALL M. SEESER
MICHAEL J. O'SHEE
BRANDON A. SUES
TREVOR S. FRY [2]
BRADLEY L. DRELL [4]
STEVEN M. OXENHANDLER
STEPHEN A. LAFLEUR
HEATHER M. MATHEWS
SARAH SPRUILL COUVILLON
B. GENE TAYLOR, III
JONATHAN D. STOKES [5]
LESLIE E. HALLE [3]
EVELYN I. BREITHAUPT [2]



KAY H. MICHIELS
MARTHA R. CRENSHAW [6]
JOSHUA J. DARA, JR.
M. ALLISON JOHNSON
CHELSEA M. TANNER [2]
KATILYN M. HOLLOWELL

OF COUNSEL:
 CAMILLE F. GRAVEL (1915 - 2005)
 HENRY B. BRUSER, III
 ROBERT G. NIDA
 F. A. LITTLE, JR., U.S. Dist. Judge (Ret.)

[1]  SPECIALIST IN TAXATION, CERTIFIED BY
     LA BOARD OF LEGAL SPECIALIZATION
[2]  ALSO ADMITTED IN TEXAS
[3]  SPECIALIST IN ESTATE PLANNING &
     ADMINISTRATION, CERTIFIED BY LA BOARD
     OF LEGAL SPECIALIZATION
[4]  SPECIALIST IN BUSINESS BANKRUPTCY,
     CERTIFIED BY LA BOARD OF LEGAL
     SPECIALIZATION
[6]  ALSO ADMITTED IN KANSAS
[7]  ALSO ADMITTED IN TENNESSEE

A Professional Law Corporation
2001 MacArthur Drive
Post Office Box 6118
Alexandria, Louisiana  71307-6118
T: (318) 445-6471    F: (318) 445-6476
www.goldweems.com
Writer's Email: soxenhandler@goldweems.com

August 8, 2018

Joseph Kutch
Attorney at Law
1010 Main Street
Pineville, LA 71360

   Re: *Linda Wilhelm v. City of Alexandria*
     9th Judicial District Court, Parish of Rapides, State of Louisiana
     Docket No.: 262,489 "E"

Dear Mr. Kutch:

  Enclosed please find Defendant's First Set of Interrogatories and Request for Production of Documents propounded to plaintiff, Ms. Linda Wilhelm.  We ask that you please respond to this discovery within the time delays allowed by law.

  With kind personal regards, I remain

       Sincerely yours,

       GOLD, WEEMS, BRUSER, SUES & RUNDELL

       By:
        Jessica P. Poole, Legal Assistant to
        Steven M. Oxenhandler

SMO/jpp

CIVIL SUIT NO. 262,489-E

**LINDA WILHELM**                                   **9TH JUDICIAL DISTRICT COURT**

**VERSUS**                                          **PARISH OF RAPIDES**

**CITY OF ALEXANDRIA, ET AL**                       **STATE OF LOUISIANA**

**DEFENDANTS' FIRST SET OF INTERROGATORIES TO PLAINTIFF, LINDA WILHELM**

TO:  **LINDA WILHELM**
     through her attorney of record
     **Joseph Kutch**
     Attorney at Law
     1010 Main Street
     Pineville, LA 71360

On authority of Article 1457 of the Code of Civil Procedure for the State of Louisiana, defendants, **CITY OF ALEXANDRIA, OFFICER A. HELMINGER, AND OFFICER M. VOORHIES**, propound the following interrogatories to plaintiff, **Linda Wilhelm**, through her attorney of record, to be answered fully, separately, in writing and under oath, within 30 days of receipt hereof, or within the delays allowed by law.

1.   "Plaintiff," "You" and "Your" where used in these interrogatories shall mean and include **Linda Wilhelm** and all counsel, consultants, experts, accountants, investigators, agents and other parties acting on behalf of the said **Linda Wilhelm**.

2.   "Person(s)" where used in these Interrogatories include human beings, corporations, partnerships, associations, joint ventures, government agencies (federal, state or local), or any other organization cognizable at law, and where an employee performs some task about which an inquiry is made to these interrogatories as part of his employment "person(s)" includes both the employing and the employed person(s).

3.   "Document(s)" includes every writing and record of every type and description, including but not limited to letters, correspondence, telegrams, memos, notes, reports, recordings (mechanical, electronic, typed or written), transcriptions and printed, typed or written materials of every kind, including carbon, photostatic, microfilm or other copies of any of them, in the possession of, subject to the control of, or within the knowledge of the plaintiff (as defined in "A" above).

4.   "Tangible evidence" includes drawings, blueprints, charts, maps, graphs, photographs, videotapes, still or moving picture films, and any physical object in the possession of, subject to the control of, or within the knowledge of the plaintiff (as defined in "A" above).

Page 1 of 9

5.   "Describe" or "identify," where used in reference to any document(s) or tangible evidence, includes stating the title or name, date, time, author of any document, the common name and identifying number of any object and the name and address of the person(s) having possession of such at the present time.

6.   A request to "identify" a person (as defined in "B" above) requires you to give the person's name and present address, if known, or his last known address, the name and address of his employer, and the name and address of any counsel representing him in connection with the matters set forth in the Petition.

7    "Incident" includes any event, occurrence or failure, including, but not limited to, the Incident which allegedly occurred on or about **July 22, 2018**, which is described in Plaintiff's Petition for Damages and is the subject of this lawsuit.

8.   "Health care provider" refers to any individual professionally engaged in the diagnosis and/or treatment of physical, mental and/or emotional conditions, including but not limited to physicians, surgeons, osteopaths, chiropractors, physician assistants, nurses, psychologists, and social workers.

9.   The male gender includes the female, and the singular pronoun includes the plural.

If any of these Interrogatories cannot be answered in full, answer to the extent possible, specifying the reasons for your inability to answer the remainder and stating whatever information, knowledge or belief you do have concerning the unanswered portion.

Each Interrogatory is a continuing one.   If, after serving an answer to any Interrogatory, plaintiff obtains or becomes aware of any further information pertaining to such Interrogatory, plaintiff is required to serve upon defendant amended answers setting forth such information.

**INTERROGATORY NUMBER 1:**

For the past five years (to date of answer to these interrogatories), please state:

(A)   The name, address, and telephone number of each of your employers;

(B)   The dates of commencement and termination of each such source of employment; and

©   The average weekly wages or earnings from each such place of employment.

**ANSWER TO INTERROGATORY NUMBER 1:**

**INTERROGATORY NUMBER 2:**

If you have lost any time from your business or occupation or employment since the alleged Incident, which has resulted in any loss of income, please state the cause of such lost time, the number of days lost, the dates lost, and the amount of wages or income lost.

**ANSWER TO INTERROGATORY NUMBER 2:**


**INTERROGATORY NUMBER 3:**

List any and all health care providers who have examined, diagnosed, and/or treated you for the past five (5) years to date of answering these interrogatories, and provide the following:

      (A)    The name and current address of each such health care provider;

      (B)    The first and last date of each such consultation;

      (C)    The injury, complaint, or ailment examined, diagnosed, and/or treated, **stating specifically whether each such consultation is related to injuries as alleged in the Petition;**

      (D)    The name(s) of any medication(s) prescribed by each such health care provider; and

      (E)    The name and current address of the pharmacy or pharmacies at which each such prescription was dispensed.

**ANSWER TO INTERROGATORY NUMBER 3:**


**INTERROGATORY NUMBER 4:**

Please list all items of special damage to which you allege you are entitled in the above numbered action, itemizing each according to the type of damage (e.g., medical expenses, lost wages, etc.), by name, dates, and amounts.

**ANSWER TO INTERROGATORY NUMBER 4:**

**INTERROGATORY NUMBER 5:**

Please give the names, complete addresses, and telephone numbers of all health care providers with whom you have an appointment for examination or treatment **concerning injuries claimed to have resulted from the alleged Incident at Buds and suds on July 22, 2018, herein at issue**, but which examinations have not taken place, stating the dates on which each set examination is or was to take place.

**ANSWER TO INTERROGATORY NUMBER 5:**

**INTERROGATORY NUMBER 6:**

If you or anyone on your behalf has ever made a formal or informal claim against, or any request for payment from, any insurer pursuant to any policy of liability insurance, including but not limited to personal injury, slip and fall, automobile and/or commercial general, regardless of the identity of the named insured, please:

    (A)    State the date of the accident or incident giving rise to such claim;

    (B)    Provide a brief description of the accident or incident;

    (C)    Identify each insurer to whom a claim or request for payment was made; and

    (D)    State whether suit was filed, and if so, provide the civil action number, names of the other party or parties involved, names of attorneys representing each party, and venue (name of the court) in which each action was filed.

**ANSWER TO INTERROGATORY NUMBER 6:**

**INTERROGATORY NUMBER 7:**

If you have ever been involved in any other legal action not previously identified, either as a plaintiff or a defendant, please state the suit number, names of the other party or parties involved, names of attorneys representing each party, venue (name of the court) in which each action was filed, and provide a brief description of the nature of each such action.

**ANSWER TO INTERROGATORY NUMBER 7:**

**INTERROGATORY NUMBER 8:**

With respect to each and every witness to the alleged accident, accident scene, or

to the injuries or any other issue in this case, please state:

(A)     The name, address and telephone number of each witness; and

(B)     The substance, as best as possible, of all information or knowledge about the alleged occurrence or other substantive facts concerning any issue in this case known to each such witness.

**ANSWER TO INTERROGATORY NUMBER 8:**

**INTERROGATORY NUMBER 9:**

If you or your attorneys or representatives have arranged for the services of any

experts, whether as a consultant or for anticipated testimony at trial, to investigate any

aspect of the alleged accident or other substantive facts concerning any issue in this case,

please state:

(A)     The name, address and area of expertise of all such experts, including their background, education and training; and

(B)     The substance of any facts, opinions or conclusions identified or reached by the experts.

**ANSWER TO INTERROGATORY NUMBER 9:**

**INTERROGATORY NUMBER 10:**

If you or anyone acting on your behalf or for your interest has any knowledge or possession of any photographs, maps, diagrams, sketches or any other tangible physical objects, which constitute or contain evidence material to any matter involved in this litigation please furnish the particulars regarding the nature and present location of such items. If photographs exist, please state when they were taken and by whom, and if maps, diagrams or sketches exist, please state who prepared them, when they were prepared and where they were prepared.

**ANSWER TO INTERROGATORY NUMBER 10:**

**INTERROGATORY NUMBER 11:**

Please give the names, addresses and telephone numbers of all persons from whom written statements or recorded statements pertaining to any issue in this case have been taken, stating which persons gave written statements and which persons gave recorded statements.

**ANSWER TO INTERROGATORY NUMBER 11:**

**INTERROGATORY NUMBER 12:**

Please give the names, addresses and telephone numbers of all persons who you will or may call as witnesses at the trial of this matter.

**ANSWER TO INTERROGATORY NUMBER 12:**

**INTERROGATORY NUMBER 13:**

Please give the names, addresses and telephone numbers of all persons, not already named, known or believed by you, your agents, investigators or attorneys, to have any information or knowledge concerning any relevant facts involved in this suit.

**ANSWER TO INTERROGATORY NUMBER 13:**

**INTERROGATORY NUMBER 14:**

Please describe in detail the nature of the injury or injuries you allege that you suffered as a result of the alleged Incident, as well as the nature of any disability, including a description in detail of the location of pain, duration and intensity of such pain, whether you suffer any restraint on normal activities, and the nature and extent of such restraint of such activities.

**ANSWER TO INTERROGATORY NUMBER 14:**

**INTERROGATORY NUMBER 15:**

Please provide an account of your activities upon arriving to Buds and Suds on July 22, 2018, through your leaving Buds and Suds on the same date.

**ANSWER TO INTERROGATORY NUMBER 15:**

**INTERROGATORY NO. 16**:

Please identify the exhibits you intend to introduce at the trial of this matter.

**ANSWER TO INTERROGATORY NO. 16**:

Respectfully submitted,

**GOLD, WEEMS, BRUSER, SUES & RUNDELL**

BY: _____

     **STEVEN M. OXENHANDLER (#28405)**
     **SAM N. POOLE, JR. (#10586)**
     **MARTHA R. CRENSHAW (#27420)**
     2001 MacArthur Drive
     Post Office Box 6118
     Alexandria LA 71307-6118
     Phone: 318/ 445-6471
     Fax: 318/ 445-6476
**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Interrogatories has been served upon all counsel of  record on this the _8th_ day of August 2018:

| **Counsel for Plaintiff, Linda Wilhelm:**<br>Joseph Kutch<br>Attorney at Law<br>1010 Main Street<br>Pineville, LA 71360 | ☑ | US mail, properly addressed with postage prepaid |
|---|---|---|
| | ❑ | Facsimile |
| | ❑ | UPS/Federal Express |
| | ❑ | Electronically (email) |
| | ❑ | Hand-delivered |

_____
OF COUNSEL

CIVIL SUIT NO. 262,489-E

**LINDA WILHELM**                                   **9TH JUDICIAL DISTRICT COURT**

**VERSUS**                                         **PARISH OF RAPIDES**

**CITY OF ALEXANDRIA, ET AL**                      **STATE OF LOUISIANA**

===============================================================

**DEFENDANTS' FIRST SET OF REQUEST FOR PRODUCTION OF DOCUMENTS TO
PLAINTIFF, LINDA WILHELM**

TO:   **LINDA WILHELM**
      through her attorney of record
      **JOSEPH KUTCH**
      Attorney at Law
      1010 Main Street
      Pineville, LA 71360

        You are hereby notified to produce and permit the inspection and copying of the

following documents at the office of the undersigned within the legal delays allowed by the

Louisiana Code of Civil Procedure.  The Louisiana Code of Civil Procedure requires that

"[a] party who produces documents for inspection shall produce them as they are kept in

the usual course of business or **shall organize and label them to correspond with the**

**categories of the request**."  (Emphasis added.)

**DEFINITIONS**:

    1.    "You" and "Your" mean **Linda Wilhelm** and all representatives, persons,
          individuals or entities acting on behalf of or at the request of **Linda Wilhelm**.

    2.    "Incident" refers to the incident or incidents which form the basis of your
          Petition of Damages, including, but not limited to, the incident which allegedly
          occurred on or about **July 22, 2018, at Buds and Suds.**

    3.    "Health care provider" refers to any individual professionally engaged in the
          diagnosis and/or treatment of physical, mental and/or emotional conditions,
          including but not limited to physicians, surgeons, osteopaths, chiropractors,
          physician assistants, nurses, psychologists, and social workers.

    4.    "Communication" shall mean either oral or written communication.

    5.    "Identify" or "Identification" when used with respect to any person or entity
          means to state the full name, the present or last known employment, the
          present or last known address, and the most recent telephone number.

6.     "Identify" or "Identification" when used with reference to a document means to state the type of document (e.g., lease, memoranda, contract, telegram, chart, etc.) its location and custodian, the date thereon, if any, and the identity of the party or parties whose name and names appear thereon, or in lieu thereof, you may attach to your answers a copy of each document.

7.     "Document" means the original, any non-identical copy, or draft of any written, printed, typed, recorded or graphic matter of any kind or nature, however produced or reproduced, whether or not sent, received or otherwise transmitted, and including, but not limited to, all memoranda, reports, notes, transcripts, letters, telegrams, cables, handwritten notes, studies, work papers, diaries, summaries, microfilm, tapes or tape recordings, computer disks or printouts, invoices, orders or other compilations from which information can be obtained and translated, if necessary, into usable forms.

**REQUEST FOR PRODUCTION NUMBER 1:**

Copies of all federal and state income tax returns, including W-2 forms filed by you or on your behalf, for the last five (5) years, inclusive of the most current year.

**RESPONSE TO REQUEST FOR PRODUCTION NUMBER 1:**

**REQUEST FOR PRODUCTION NUMBER 2:**

All medical records of any type whatsoever which relate to the injuries you allegedly sustained as a result of the alleged Incident, including but not limited to x-rays, reports, histories, charts, opinions, CT scans, bills, expenses and prescriptions.

**RESPONSE TO REQUEST FOR PRODUCTION NUMBER 2:**

**REQUEST FOR PRODUCTION NUMBER 3:**

Any and all documents showing or otherwise proving the animal with you at Buds and Suds on July 22, 2018, is a bona fide service animal, including any and all registrations or other written proof.

**RESPONSE TO REQUEST FOR PRODUCTION NUMBER 3:**

**REQUEST FOR PRODUCTION NUMBER 4:**

Any and all documents showing you served in the United States armed forces, including discharge papers.

**RESPONSE TO REQUEST FOR PRODUCTION NUMBER 4:**


**REQUEST FOR PRODUCTION NUMBER 5:**

Any and all statements, whether written or recorded, obtained by you concerning the alleged Incident or the claims asserted in your Petition for Damages.

**RESPONSE TO REQUEST FOR PRODUCTION NUMBER 5:**


**REQUEST FOR PRODUCTION NUMBER 6:**

Any and all notes, logs, memoranda or diary maintained in connection with any of your activities that concern or are in any way related to the claims asserted in your Petition for Damages.

**RESPONSE TO REQUEST FOR PRODUCTION NUMBER 6:**


**REQUEST FOR PRODUCTION NUMBER 7:**

Any and all photographs, diagrams and/or video tapes purporting to show the place or circumstances of the alleged Incident or purporting to show any injuries or damages resulting therefrom.

**RESPONSE TO REQUEST FOR PRODUCTION NUMBER 7:**

**REQUEST FOR PRODUCTION NUMBER 8:**

Any and all document you intend to use at the trial of this matter.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 8:**

**REQUEST FOR PRODUCTION NUMBER 9:**

Any and all letters, correspondence, documents, memoranda, reports or other documents to or from any experts concerning the claims asserted in your petition.

**RESPONSE TO REQUEST FOR PRODUCTION NUMBER 9:**

**REQUEST FOR PRODUCTION NUMBER 10:**

Any and all documents which in any way substantiate your claims for medical expenses and any other damages which you claim in your petition.

**RESPONSE TO REQUEST FOR PRODUCTION NUMBER 10:**

**REQUEST FOR PRODUCTION NUMBER 11:**

Any and all employment applications completed by or submitted by you or on your behalf to any prospective employer within the last five years.

**RESPONSE TO REQUEST FOR PRODUCTION NUMBER 11:**

**REQUEST FOR PRODUCTION NUMBER 12:**

Any and all documents which purportedly bear the signature of any of the defendants in this suit, and which relate to the alleged Incident.

**RESPONSE TO REQUEST FOR PRODUCTION NUMBER 12:**

**REQUEST FOR PRODUCTION NUMBER 13:**

All documents which you list in your answers to the Interrogatories propounded contemporaneously with this Request for Production.

**RESPONSE TO REQUEST FOR PRODUCTION NUMBER 13:**

**REQUEST FOR PRODUCTION NUMBER 14:**

All documents which you consulted in the preparation of your answers to the Interrogatories which were propounded contemporaneously with this Request for Production.

**RESPONSE TO REQUEST FOR PRODUCTION NUMBER 14:**

**REQUEST FOR PRODUCTION NUMBER 15:**

Please sign and fully execute the attached Employment and Personnel Records Release/Authorization.

**RESPONSE TO REQUEST FOR PRODUCTION NUMBER 15:**

**REQUEST FOR PRODUCTION NO. 16:**

Please provide a copy of any exhibit you plan to introduce at the trial of this matter.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 16:**

**REQUEST FOR PRODUCTION NUMBER 17:**

Please sign and fully execute the attached HIPAA Compliant Medical Authorization directing a copy of the authorization to each and every health care provider listed in your answers to interrogatories propounded simultaneously herewith.

**RESPONSE TO REQUEST FOR PRODUCTION NUMBER 17:**

**REQUEST FOR PRODUCTION NUMBER 18:**

Please sign and fully execute the attached Authorization to Disclose Social Security Records.

**RESPONSE TO REQUEST FOR PRODUCTION NUMBER 18:**

**REQUEST FOR PRODUCTION NUMBER 19:**

Please sign and fully execute the attached Medicare Authorization Form.

**RESPONSE TO REQUEST FOR PRODUCTION NUMBER 19:**

Respectfully submitted,

GOLD, WEEMS, BRUSER, SUES & RUNDELL

BY:_____

    STEVEN M. OXENHANDLER (#28405)
    SAM N. POOLE, JR. (#10586)
    MARTHA R. CRENSHAW (#27420)
    2001 MacArthur Drive
    Post Office Box 6118
    Alexandria LA 71307-6118
    Phone: 318/ 445-6471
    Fax: 318/ 445-6476
**ATTORNEYS FOR KENNETH LAVALAIS**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Requests for Production

to Natasha Johnson has been served upon all counsel of record, on this the 8th day

of August 2018:

| Counsel for Plaintiff, Linda Wilhelm:<br>Joseph Kutch<br>Attorney at Law<br>1010 Main Street<br>Pineville, LA 71360 | ☑ US mail, properly addressed with postage prepaid<br>❏ Facsimile<br>❏ UPS/Federal Express<br>❏ Electronically (email)<br>❏ Hand-delivered |
| --- | --- |

_____
OF COUNSEL