# MR. JOSEPH KUTCH
# ATTORNEY AT LAW
# 1010 MAIN STREET
# PINEVILLE, LOUISISNA 31360

State v. Telephone    318-448-6155
Fax    318-449-4694
E-Mail    kutchlaw@bellsouth.n

September 13, 2018

Mr. Steven M. Oxenhandler
Attorney at Law
P. O. Box 6118
Alexandria, Louisiana 71307-6118

RE: **Linda Wilhelm v. City of Alexandria**
Civil Suit Number 262,489

Dear Steve,

    Attached are my responses to your Interrogatories. I just got these back from Ms. Wilhelm a few days ago. I hope to have the Requests for Production by tomorrow afternoon. I will be in court in the morning.

Very Truly yours

JOSEPH KUTCH

Attachment
Via Fax Only 445-6476

CIVIL SUIT NUMBER 262,489 E

LINDA WILHELM                  NINTH JUDICIAL DISTRICT COURT

VERSUS                       PARISH OF RAPIDES

CITY OF ALEXANDRIA, ET. AL.       STATE OF LOUISIANA

## PLAINTIFF'S RESPONSE TO FIRST SET OF INTERROFATORIES BY THE DEFENDANTS

**Response to Interrogatory Number 1.**

Plaintiff has not been gainfully employed in excess of five years.

**Response to Interrogatory Number 2**

There is no claim for lost wages or income

**Response to Interrogatory Number 3**

There is no claim for any physical injury involved in this lawsuit and no health care provider has been consulted as the result of this case.

**Response to Interrogatory Number 4**

There is no claim for special damages in this case.

**Response to Interrogatory Number 5**

None

**Response to Interrogatory Number 6**

I made a claim for damages involving an automobile accident in New Orleans back around 1999.
      There is presently a suit against Wal-Mart and Lam Huynh dba Regal Nails over a fall which occurred at the Pineville Wal Mart in the Ninth JDC. The Docket Number is 261,514.

## Response to Interrogatory Number 7

See Number 6

## Response to Interrogatory Number 8

The Alexandria Police threatened my life and that of my service dog if I didn't leave immediately and stop talking to the witnesses. This was in front of right to twelve veterans who were at the bar. In addition, the veterans were threatened with arrest as well. We have no names or addresses at this time which was one reasons why we specifically requested no service until they could be located.

## Response to Interrogatory Number 9.

No experts have been consulted. At this time there is no anticipated testimony.

## Response to Interrogatory Number 10.

No

## Response to Interrogatory Number 11

None

## Response to Interrogatory Number 12.

See above. None, as yet.

## Response to Interrogatory Number 13.

None, at this time.

## Responses to Interrogatory Number 14.

There is no claim for any physical injury.

**Response to Interrogatory Number 15.**

See Paragraph five of the Petition for plaintiff's version of the event and the police report for the City's version. I and my friend were at Buds and Suds with my service animal which is a very large but inoffensive animal. I believe that under the provisions of the Americans with Disabilities Act we were entitled to remain and it was to the owners of the bar to make reasonable accommodations.

The Alexandria City Police should not have interfered as I was lawfully at the bar.

**Response to Interrogatory Number 16.**

None at present.

JOSEPH KUTCH
BAR NUMBER 07894
1010 MAIN STREET
PINEVILLE, LOUISIANA 71360
(318) 448 - 6155