UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
DIVISION OF LAFAYETTE

| | |
|---|---|
| **LINDA WILHELM** | **CIVIL ACTION NO. 1:18-CV-01328** |
| **VERSUS** | **JUDGE SUMMERHAYS** |
| **CITY OF ALEXANDRIA, ET AL.** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Joseph H.L. Perez-Montes for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, the defendants' Motion for Summary Judgment [Rec. Doc. 17] is GRANTED IN PART to the extent it seeks summary judgment as to Linda Wilhelm's claims, and DENIED IN PART to the extent it seeks costs.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Wilhelm's claims against the defendants are hereby DISMISSED with prejudice.

Signed at Lafayette, Louisiana, this 4th day of March, 2020.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE